**In re The GEORGE WORTHINGTON CO., Debtor.**

**Nos. 89–3279, 89–3286.**

United States Court of Appeals, Sixth Circuit.

Nov. 30, 1990.

Before JONES and MILBURN, Circuit Judges, and CONTIE, Senior Circuit Judge.

### ORDER

The petition of appellant, the official unsecured creditors' committee of the George Worthington Co., for a rehearing is granted. The court will make final disposition of the case without reargument. The panel's opinion of September 12, 1990, 913 F.2d 316, affirming the district court's denial of reimbursement of administrative expenses to the official unsecured creditors' committee of the George Worthington Co., is hereby vacated.